UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:12CR238(JBA) |
| | : | |
| FREDERIC PIERUCCI | : | April 15, 2013 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.  Eligibility of Case

This case is eligible for pretrial detention because it involves a serious risk that the defendant will flee.

II.  Reason for Detention

The court should detain defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.

III.  Time for Detention Hearing

The Government requests that the court conduct the detention hearing at the defendant's first appearance.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700, david.novick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2013, a copy of the foregoing motion for pretrial detention was delivered by hand to defense counsel: Elizabeth Latif, Esq.

David E. Novick
Assistant U.S. Attorney