AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:12cr238(JBA) |
| Frederic Pierucci | ) | |
| Defendant | ) | |

**ORDER SCHEDULING A DETENTION HEARING**

*FILED 2013 APR 15 P 1:07 U.S. DISTRICT COURT BRIDGEPORT, CONN*

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>915 Lafayette Blvd<br>Bridgeport, CT 06604 | Courtroom No.: | 2 |
|---|---|---|---|
| | | Date and Time: | 4/19/13, 12 Noon<br>4/17/13 @ 11:30 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 4/15/13

/s/ William I. Garfinkel, USMJ
*Judge's signature*

William I. Garfinkel, U.S. Magistrate Judge
*Printed name and title*