UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2013 JUL 29 PM 1 11
U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES OF AMERICA

v.

FREDERIC PIERUCCI

3:12CR268 (JBA)

### FINDING AND RECOMMENDATION ON A PLEA OF GUILTY

Following referral of the captioned matter to me by Judge Arterton, with the written consent of the defendant, counsel for the defendant and counsel for the United States, and following a hearing held in open court and on the record, on the basis of the answers given by the defendant under oath, on the record, and in the presence of counsel; and the remarks of the Assistant United States Attorney, I

(1) FIND that the defendant is competent to plead, that defendant knows his right to trial, that he knows what the maximum possible sentence is, and that the sentencing guidelines are to be considered; that there is a factual basis for the defendant's plea, and that the plea of guilty by this defendant has been knowingly and voluntarily made and not coerced, and

(2) RECOMMEND to Judge Arterton that the defendant's plea of guilty be accepted.

It is so ordered.

ENTERED at New Haven, Connecticut, this 29th day of July, 2013.

/s/ Joan G. Margolis
Joan G. Margolis
United States Magistrate Judge