UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:12-CR-238 (JBA) |
| v. | : | |
| FREDERIC PIERUCCI, | : | |
| Defendant. | : | June 12, 2014 |

## MOTION MODIFICATION OF CONDITIONS OF RELEASE

Defendant Frederic Pierucci hereby moves this Court for a modification of the conditions of release in the above-captioned matter for the reasons set forth below:

1. On June 9, 2014, the Court held a detention hearing regarding the defendant Frederic Pierucci in the above-captioned matter and ordered Mr. Pierucci's release, imposing various conditions.

2. One such condition was that he reside with Tamir Allag at ▮▮▮▮▮▮▮▮▮▮▮▮, Granby, CT 06035. We have learned that Mr. Allag no longer resides at that address and that Mr. Pierucci will instead reside with Mr. Allag at ▮▮▮▮▮▮▮▮▮▮, Granby, CT 06035.

3. Neither the U.S. Attorney's Office nor the U.S. Probation Department objects to the modification of the conditions of release to allow Mr. Pierucci to reside with Mr. Allag at the new address.

4. Therefore, we respectfully request that the conditions of release be modified accordingly.

Respectfully submitted,

FREDERIC PIERUCCI

By: /s/ Stanley A. Twardy
Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
(203) 977-7300
satwardy@daypitney.com

and

Elizabeth A. Latif (ct29055)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
elatif@daypitney.com

His Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Motion will be electronically filed and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel Wenner