UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:12-CR-238 (JBA) |
| v. | : | |
| FREDERIC PIERUCCI, | : | |
| Defendant. | : | November 5, 2014 |

**MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

For the reasons set forth below, defendant Frederic Pierucci hereby moves this Court for an extension of this Court's September 12, 2014 order allowing him to travel to France for a period of eight weeks (until November 7, 2014) during his release on bail in the above-captioned case. In connection with this motion, we respectfully submit as follows:

1. On September 12, 2014, the Court granted Mr. Pierucci's consented motion to amend the conditions of his release to include travel from the United States to France (and all other European Union countries) during his release on bail in the above-captioned case for a period of eight weeks (until November 7, 2014). Per the terms of the Supplemental Order Setting Conditions of Release, Mr. Pierucci increased his original secured bond by $435,000. Additionally, Mr. Pierucci agreed to report to U. S. Probation by e-mail on a weekly basis.

2. At the time of the Order, Mr. Pierucci's sentencing in the above-captioned case was set for December 10, 2014. On September 18, 2014, Mr. Pierucci's sentencing was continued with no new date set.

4. Mr. Pierucci has complied with all his conditions of his release.

5. With the government's consent, Mr. Pierucci would like to extend the Supplemental Order Setting Conditions of Release to permit him to remain abroad (in France or

any other European Union country) until January 26, 2015.  Additionally, with the government's consent, Mr. Pierucci would like to return to France on January 30, 2015, and remain there on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release, until May 1, 2015.

Respectfully submitted,

FREDERIC PIERUCCI

By: /s/ Stanley A. Twardy
Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
(203) 977-7300
satwardy@daypitney.com

and

Elizabeth A. Latif (ct29055)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
elatif@daypitney.com

His Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing Motion will be electronically filed and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   /s/ Elizabeth Latif