UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:12-CR-238 (JBA) |
| | : | |
| v. | : | |
| | : | |
| FREDERIC PIERUCCI, | : | |
| | : | |
| Defendant. | : | August 26, 2016 |

## MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

For the reasons set forth below, and with consent of the government, defendant Frederic Pierucci hereby moves this Court for an extension of this Court's April 27, 2016 order which allowed him to remain in France until August 29, 2016, while he is on release on bail in the above-captioned case. In connection with this motion, we respectfully submit as follows:

1. On September 12, 2014, the Court granted Mr. Pierucci's consented motion to amend the conditions of his release to include travel from the United States to France (and all other European Union countries) during his release on bail in the above-captioned case for a period of eight weeks (until November 7, 2014). Per the terms of the Supplemental Order Setting Conditions of Release, Mr. Pierucci increased his original secured bond by $435,000. Additionally, Mr. Pierucci agreed to report to U.S. Probation by e-mail on a weekly basis.

2. At the time of the Order, Mr. Pierucci's sentencing in the above-captioned case was set for December 10, 2014. On September 18, 2014, Mr. Pierucci's sentencing was continued with no new date set.

3. On November 5, 2014, with the government's consent, Mr. Pierucci moved to extend the Supplemental Order Setting Conditions of Release to permit him to remain abroad (in France or any other European Union country) until January 26, 2015, and to have him return to France on January 30, 2015, and remain there on the same terms and conditions as stated in the Supplemental

Order Setting Conditions of Release, until May 1, 2015. On November 6, 2014, this Court granted Mr. Pierucci's motion dated November 5, 2014.

4. On January 20, 2015, with the government's consent, Mr. Pierucci moved to extend the Supplemental Order Setting Conditions of Release to permit him to remain abroad (in France or any other European Union country) until March 2, 2015, and to have him return to France on March 6, 2015, and remain there on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release, until May 1, 2015. On January 23, 2015, this Court granted Mr. Pierucci's motion dated January 20, 2015.

5. On February 25, 2015, in light of administrative delays affecting Mr. Pierucci's securing the necessary immigration documentation from the Department of Homeland Security, Mr. Pierucci moved, with the government's consent, to extend the Supplemental Order Setting Conditions of Release to permit him to remain abroad (in France or any other European Union country) until March 16, 2015, and to have him return to France on March 20, 2015, and remain there on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release, until May 1, 2015. On February 26, 2015, this Court granted Mr. Pierucci's motion dated February 25, 2015.

6. On March 13, 2015, Mr. Pierucci filed an additional motion to extend the date of return to March 30, 2015, returning on April 3, 2015, again due to continuing administrative delays affecting Mr. Pierucci's securing all necessary immigration documentation from the Department of Homeland Security.

7. On March 19, 2015, Mr. Pierucci filed an amended motion to extend his date of return to the United States to April 5, 2015, with a return to France on April 10, 2015, and a subsequent return to the United States no later than May 1, 2015, remaining until further order of the Court. The Court granted Mr. Pierucci's motion on March 20, 2015.

8.   In compliance with the Court's order, Mr. Pierucci returned to the United States on April 5, 2015, and subsequently returned to France.

9.   On April 28, 2015, Mr. Pierucci moved to extend the date of his return to the United States from May 1, 2015 to May 14, 2015.  On May 1, 2015, the Court granted his request.

10.   Mr. Pierucci returned to the United States on May 14, 2015 as directed in the Order.

11.   On May 22, 2015, with the government's consent, Mr. Pierucci moved the Court to allow him return to France on May 22, 2015, and remain there on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release, until July 6, 2015. The Court granted his motion on the same date.

12.   Mr. Pierucci returned to the United States on July 6, 2015, as directed in the Order.

13.   On July 8, 2015, with the government's consent, Mr. Pierucci moved the Court to allow him return to France on July 9, 2015, and remain there on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release, until November 2, 2015. The Court granted his motion on July 10, 2015.

14.   On October 23, 2015, with the government's consent, Mr. Pierucci moved to extend the date of his return to the United States from November 2, 2015 to November 9, 2015.  On October 26, 2015, the Court granted his request.

15.   On November 6, 2015, with the government's consent, Mr. Pierucci moved to extend the date of his return to the United States from November 9, 2015 to March 1, 2016.  On November 12, 2015, the Court granted his request.

16.   On February 8, 2016, with the government's consent, Mr. Pierucci moved to extend the date of his return to the United States from March 1, 2016 to March 21, 2016.  On February 9, 2016, the Court granted his request.

17. On March 7, 2016, with the government's consent, Mr. Pierucci moved to extend the date of his return to the United States from March 21, 2016 to May 1, 2016. On March 8, 2016, the Court granted his request.

18. On April 25, 2016, with the government's consent, Mr. Pierucci moved to extend the date of his return to the United States from May 1, 2016 to August 29, 2016. On April 27, 2016, the Court granted his request.

19. With consent of the government, Mr. Pierucci now moves for permission to remain abroad (in France or any other European Union country) on the same terms and conditions as stated in the Supplemental Order Setting Conditions of Release until November 28, 2016, when he will return to the United States and remain until further order of the Court.

20. The government has no objection to this motion.

21. Mr. Pierucci has complied with all his conditions of his release.

Respectfully submitted,

FREDERIC PIERUCCI

By: /s/ Elizabeth A. Latif
Elizabeth A. Latif (ct29055)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
elatif@daypitney.com

and

Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
(203) 977-7300
satwardy@daypitney.com

His Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, a copy of the foregoing Motion will be electronically filed and served by mail on anyone unable to accept electronic service. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                  ____/s/ Elizabeth Latif____
                                                                  Elizabeth Latif