IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA

v.                                                          3:12 CR 238 (JBA)

FREDERIC PIERUCCI

ENDORSEMENT ORDER

Defendant's Motion for Modification of Conditions of Release [Doc. #408] is hereby

granted, absent objection. The defendant is permitted to return to France until October 9, 2017

under the same terms and conditions as stated in the Supplemental Order Setting Conditions of

Release [Doc. #168].



IT IS SO ORDERED.


        /s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: September 26, 2017